In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00002-CV


______________________________




THE STATE OF TEXAS


FOR THE BEST INTEREST AND


PROTECTION OF C. B.




 


On Appeal from the County Court at Law


 Hunt County, Texas


Trial Court No. M-08887




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION


 C. B., the sole appellant in this case, has filed a motion seeking to dismiss her appeal. The
motion is signed by C. B., a parent of C. B., and C. B.'s attorney. Pursuant to Tex. R. App. P. 42.1,
the motion is granted.

 We dismiss the appeal.



 Josh R. Morriss, III

 Chief Justice


Date Submitted: January 30, 2007

Date Decided: January 31, 2007